**Order entered December 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00919-CR

**ROBERT JAMES GRAY, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 062757**

## ORDER

The Court **GRANTS** appellant's December 11, 2014 second motion for extension of time

to file appellant's brief.

We **ORDER** appellant to file the brief **on or before January 5, 2015**.


/s/    ADA BROWN
          JUSTICE